Robert FELLOWS *v.* STATE of Arkansas

CR 91-156

Supreme Court of Arkansas
Opinion delivered January 13, 1992

PER CURIAM. Appellant's attorney John Hollis is directed to appear before this court at 9:00 a.m. on January 27, 1992, to show cause why he should not be held in contempt of court for failure to file a brief in this case.